IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEREMY MOORE, #02444536 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:22-CV-323 |
| | § | |
| CITY OF PARIS POLICE DEPT., *et al.*, | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 30, 2024, the Report of the Magistrate Judge (Dkt. #22) was entered containing proposed findings of fact and recommendations that Defendants' motion to dismiss (Dkt. #16) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' motion to dismiss (Dkt. #16) is **GRANTED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 23rd day of September, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE